IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO. 2:09-CR-11-F

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN DAWSON PIERCE | ) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on January 5, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 26 U.S.C. § 5615(3)(E), based upon the defendant pleading guilty to 26 U.S.C. § 5601(a)(4) and 18 U.S.C. § 922(g)(1) and 924, and agreeing to the forfeiture of the property listed in the January 5, 2010 Preliminary Order of Forfeiture, to wit:

**Personal Property**

(a) One 1994 Sylvan Boat, Model 1644 JMVS, 16 ft., Registration Number NC0233CM (Green flat bottom); and,

(b) One 1973 Sears Game Fisher, 12 ft metal hull, last registration number (expired in 2004) NC8317BC - Not currently registered;

AND WHEREAS, in accordance with Supplemental Rule G(4)(a)(i)(A), the Government has provided direct notice to any potential claimant, if any has been identified.

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the properties

described in this Court's January 5, 2010 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the property listed in the January 5, 2010 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Department of Justice or the United States Department of the Treasury is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice or the United States Department of the Treasury as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund or the United States Department of the Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 13rd of day April, 2011.

James C. Fox
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE